THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements, on the authority of *Travelers Ins. Co.* v. *Brass Goods Mfg. Co.* (239 N. Y. 273).

Before STATE INDUSTRIAL BOARD, Respondent. THOMAS GARVEY, Respondent, v. MONTGOMERY-WASHBURN COMPANY and Another, Appellants.— Award modified to provide for a minimum compensation of eight dollars per week under section 15, subdivision 6, of the Workmen's Compensation Law, and as so modified unanimously affirmed, without costs.

MYRA I. GILMAN, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements.

SARKIS HAROOTIAN, an Infant, by GEORGE HAROOTIAN, His Guardian ad Litem, Respondent, v. HAROLD L. SHELDON, Appellant.— Judgment and order unanimously affirmed, with costs.

WILLIAM HANTMAN, Appellant, v. UDELL PENSKI, Respondent.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. JOHN ILLEZUASKI, Respondent, v. ÆTNA CONCRETE COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. DANIEL JENAVE, Respondent, v. ROTH & FISHER and Another, Appellants.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there was no proof given upon which to base an award for decreased earning capacity. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. FRANK KUZINSKI, Respondent, v. PIERCE-ARROW MOTOR CAR COMPANY and Another, Appellants.— Award modified to cover the period of compensation from April 12, 1919, to August 2, 1923, and as so modified unanimously affirmed, without costs.

Before STATE INDUSTRIAL BOARD, Respondent. LEBANON HOSPITAL, Appellant, for Medical, Surgical and Hospital Services Rendered to WALTER STEVENSON, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Respondent.— Decision unanimously affirmed, without costs, on the authority of *Goldflam* v. *Kazemier & Uhl, Inc.* (181 App. Div. 140); *Staff* v. *Eagle Warehouse & Storage Co.* (209 id. 307).

Before STATE INDUSTRIAL BOARD, Respondent. JOSEPHINE LIPSED, Respondent, v. ÆOLIAN COMPANY and Another, Appellants.— Award reversed and claim dismissed, with costs against the State Industrial Board, on the ground that the record discloses no legal proof that the decedent overexerted himself or became overheated in putting out a fire or inhaled large quantities of smoke, and hence there was no basis for the medical opinion that his death from pneumonia was thereby occasioned. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. ANNIE LOWE, Respondent, v. NEW YORK PRODUCE EXCHANGE and Another, Appellants.— Awards unanimously affirmed, with costs to the State Industrial Board.